White, J.
 

 We have looked into this record with some anxiety for something that would enable us to think with the three other tribunals who
 
 *363
 
 have decided this cause; but we can find nothing, and are constrained to believe that the law has been mistaken by the Circuit Court.
 

 1. Because no judgment has been given against the original defendant, nor has there been any debt established against him. If this judgment is suffered to stand, Murphy may receive the money from Seawell when' Thomas may not owe one cent.
 

 2. The Act of 1794, 1 Hay. Rev. 194, furnishes the only authority which a justice of the peace has to proceed by way of attachment on a case within his jurisdiction. The fifty-sixth section requires that the attachment should be levied on property; but it gives no power to summon a garnishee. The twenty-second section, which authorizes the summoning of a garnishee, is confined to attachments in a court of record. We do not see how effect to the provisions of this section could be given by a justice of the peace. And as the attachment law points out a mode by which judgments may be recovered without personal notice to the defendant, we do not feel authorized to extend its provisions by construction.
 

 OveRTON, J. concurred.